IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



**FILED**
NOV 1 3 2020
Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §  No. 4:20CR323 |
| | §  Judge Jordan |
| JORDYN JOHNSON | § |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(n)
(Receipt of Firearms by a Person Under Indictment)

On or about October 22, 2020, within the Eastern District of Texas, **Jordyn Johnson**, defendant, while knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive firearms, namely, a Glock Model 19CGen4, with Glock switch, 9mm pistol machinegun, serial number AACH792, a B. King's Firearms, Model BFK-15, Multicaliber rifle, serial number BFK-000491, and a Glock, Model 26, 9mm pistol, serial number NFP949, which had been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. § 922(n).

### Count Two

Violation: 18 U.S.C. § 922(o) (Possession of a machine gun)

On or about October 22, 2020, within the Eastern District of Texas, **Jordyn Johnson**, defendant, did knowingly possess a firearm as defined under Title 26, United States Code,

Section 5845(b), namely a Glock Model 19CGen4, with Glock switch, 9mm pistol machinegun, serial number AACH792.

In violation of 18 U.S.C.§§ 922(o).

### Count Three

Violation:  26 U.S.C. § 5861(d) (Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record)

On or about October 22, 2020, in the Eastern District of Texas, **Jordyn Johnson**, the defendant, did knowingly possess a firearm, namely, a B. King's Firearms, Model BFK-15, multicaliber rifle, serial number BFK-00049, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. 2461, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

a. a Glock Model 19CGen4, with Glock switch, 9mm pistol machine gun, serial number AACH792;

b. a B. King's Firearms LLC, Model BFK-15, multicaliber rifle, serial number BFK-000491;

c. a Glock, Model 26, 9mm pistol, serial number NFP949; and

d. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Tracey M. Batson*　　　　　　　　11/12/2020
TRACEY M. BATSON　　　　　　　　　Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | No. 4:20CR323<br>Judge Jordan |
| JORDYN JOHNSON | | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(n)

Penalty:  Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

Special Assessment: $100.00

### Count Two

Violation:  18 U.S.C. § 922(o)

Penalty:  Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; or both; and supervised release of not more than three years.

Special Assessment: $100.00

### Count Three

Violation:  26 U.S.C. § 5861(d)

Penalty:  Imprisonment for a term of not more than ten years, a fine not to exceed $10,000, or both; and supervised release of not more than three years.

Special Assessment: $100.00

INDICTMENT/NOTICE OF PENALTY - Page 4
Jordyn Johnson